Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

THOMAS F. BANGASSER, an individual, and Derivatively on Behalf of Nominal Defendants MIDTOWN LIMITED PARTNERSHIP and (see attachment A - Parties),

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

HUGH F. BANGASSER, an individual, and K&L GATES, STEPHEN J. SIRIANNI, an individual, ANN E. MERRYFIELD, an individual, CHRIS R. YOUTZ, an individual, and (see attachment A - Parties)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **19-CV- 0066 RAJ**
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SEE ATTACHMENT A - PARTIES |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**
    Name      <u>SEE ATTACHMENT A - PARTIES</u>
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

**Defendant No. 2**
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

**Defendant No. 3**
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

**Defendant No. 4**
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Segregation towards Seattle's African American community and historic black neighborhood.
Lawyer conflict of interest; abuse of due process rights; violation of contract right to arbitration.
Judicial bias and prejudice

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

SEATTLE, WASHINGTON 98122

B.    What date and approximate time did the events giving rise to your claim(s) occur?

From approximately December 22, 2014 and continuing through the present. Plaintiff Thomas F. Bangasser was the General Partner of MidTown Limited Partnership ("MidTown") until he was removed on June 22, 2015 ("Pivot Date"). About May 23, 2017 MidTown sold the property to developers Lake Union Partners for a discounted $23.25 million dollars.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On December 22, 2014, the Union Street Business Association made a $30 million dollar offer to purchase the real estate owned by MidTown Limited Partnership. The subject property is the entire south-east corner city block (2.44 acres) in Seattle's historically black neighborhood at 23rd & East Union.

Plaintiff MidTown Community Land Trust ("MCLT") is the successor organization to Union Street Business Association and AfricaTown Community Land Trust. Plaintiff Thomas F. Bangasser sold/gifted 6 of his 12 MidTown partnership units to MCLT (a 10.7% ownership in MidTown). Defendants have refused to recognize MCLT as an owner and have withheld from more than $1.5 million dollars for more than a year while paying themselves excessive legal and consulting fees from MidTown.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Nominal Defendant MCLT: ownership not dollars. This lawsuit addresses the continued economic inequality for Seattle's African American community. A "cash payout" for years of unfair and unjust segregation is not the solution. True community ownership is the answer. MCLT seeks return of the real estate and release of its funds being held and controlled by Defendants. See attachment B regarding segregation and Seattle's historically black neighborhood.

Nominal Defendant MidTown: seeks full reimbursement from Defendants for all legal, accounting, valuation, brokerage and consulting fees and expenses accrued (or paid) from June 2015 to the present plus interest. MidTown further seeks a determination that Defendants violated the Washington State Rules of Professional Conduct. Set aside all prejudicial orders and judgments due to Defendants conflict of interest. ∎

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) $1.5 million deferred commission as of June 22, 2015 plus accrued interest less portion of $500,000 payment to Seattle University; (2) Reimbursement for the value of all legal and accounting fees/expenses incurred since June 22, 2015; (3) Return to the state court for arbitration as to the breach of contract issues and correct amount and payment for full value (plus interest) for the ownership interests for MCLT, Lauren Bangasser, Seattle University, and Thomas F. Bangasser; (4) Impose appropriate sanctions on Defendants for their behavior.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/15/2019

Signature of Plaintiff: *[signed] Thomas F. Bangasser*
Printed Name of Plaintiff: Thomas F. Bangasser

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# ATTACHMENT A
## PLAINTIFFS, DEFENDANTS & NOMINAL DEFENDANTS

### PLAINTIFFS & NOMINAL DEFENDANTS

| PLAINTIFFS & ADDRESS | EMAIL |
|---|---|
| THOMAS F. BANGASSER<br>18850 103rd Avenue SW - Ste 101<br>Vashon Island, Washington 98070-5250<br>(206) 323-7575 | tfb@bangasser.com |
| MIDTOWN LIMITED PARTNERSHIP<br>c/o Thomas F. Bangasser<br>18850 103rd Avenue SW - Ste 101<br>Vashon Island, Washington 98070-5250<br>(206) 323-7575 | tfb@bangasser.com |
| MIDTOWN COMMUNITY LAND TRUST<br>c/o Thomas F. Bangasser<br>18850 103rd Avenue SW - Ste 101<br>Vashon Island, Washington 98070-5250<br>(206) 323-7575 | tfb@bangasser.com |

### DEFENDANTS

| DEFENDANT & ADDRESS | BAR NUMBER | EMAIL |
|---|---|---|
| **K&L GATES LLP**<br>925 4TH Avenue Ste 2900<br>Seattle, Washington 98104-7054<br>(206) 623-7580 | | |
| Hugh Frederick Bangasser | WSBA #3055 | hugh.bangasser@klgates.com |
| **SIRIANNI YOUTZ SPOONEMORE HAMBURGER**<br>701 5th Avenue Ste 2560<br>Seattle, Washington 98104-7054<br>(206) 223-0303 | | |
| Stephen John Sirianni | WSBA #6957 | ssirianni@sylaw.com |
| Chris Robert Youtz | WSBA #7786 | chris@sylaw.com |
| Richard E. Spoonemore | WSBA #21833 | rspoonemore@sylaw.com |
| Ann E. Merryfield | WSBA #14456 | amerryfield@sylaw.com |
| **DAVIS WRIGHT TREMAINE LLP**<br>1201 3RD Avenue - Ste 2200<br>Seattle, Washington 98101-3045<br>(206) 757-8000 | | |
| Gregory Franklin Adams | WSBA #7872 | gregadams@dwt.com |

## ATTACHMENT B
## MIDTOWN COMMUNITY LAND TRUST
## INTRODUCTION & BACKGROUND

This action is brought on behalf of Plaintiff and Nominal Defendants MidTown Limited Partnership ("MidTown") and MidTown Community Land Trust ("MCLT") by Thomas F. Bangasser against the lawyer defendants named herein, including their respective law firms. Plaintiff seeks to recover losses suffered as a result of Defendants breaches of the Rules of Professional Conduct and their fiduciary duties to Plaintiff and the nominal Defendants.

### PRIMARY LEGAL ISSUE
### "SEGREGATION NOW, SEGREGATION TOMORROW, SEGREGATION FOREVER"

Today, January 15th marks the 90th anniversary of the birth of American civil rights activist, Martin Luther King, Jr., who was assassinated 50 years ago on April 4, 1968. Annually the entire country acknowledges his life's contribution to civil, equal and human rights. King County, Washington was renamed in his honor and both he and George Washington are the only two American heroes recognized with national holidays.

Yesterday marked the 56th anniversary of George Wallace's famous Inaugural Address as Governor of Alabama, delivered January 14, 1963. The speech is famous for the phrase *"segregation now, segregation tomorrow, segregation forever"*, the rallying cry for those opposed to integration. Wallace at that time in his career was an ardent segregationist, and as Governor he challenged the attempts of the federal government to enforce laws prohibiting racial segregation in Alabama's public schools and other institutions.

(From <https://en.wikipedia.org/wiki/George_Wallace%27s_1963_Inaugural_Address>)

Seven months later, on August 28, 1963, Martin Luther King delivered to 250,000 civil rights supporters on the steps of the Washington D.C. Lincoln Memorial his famous "I Have A Dream" speech calling for civil and economic rights and an end to racism in the United States. (I Have a Dream) In his 1959 book "The Measure of a Man", King sets forth the challenge when he articulates the voice of God saying to America:

*"You started out right. You wrote in your Declaration of Independence that 'all men are created equal and endowed by their Creator with certain inalienable rights. Among these are life, liberty, and the pursuit of happiness.' But, America, you strayed away from that sublime principle. You left the house of your great heritage and strayed away into a far country of segregation and discrimination. You have trampled over sixteen million of your brothers. You have deprived them of the basic goods of life. You have taken from them their self-respect and their sense of dignity. You have treated them as if they were things rather than persons. Because of this a famine has broken out in your land. In the midst of all your material wealth, you are spiritually and morally poverty-stricken, unable to speak to the conscience of the world. America, in this famine situation, if you will come to yourself and rise up and decide to come back home, I will take you in, for you are made for something high and something noble and something good."* At page 16.

Today, sixty years later, segregation (through "redlining", "gentrification" and "displacement") continues to be orchestrated through the legal profession. Neither Seattle's African American community nor Seattle's 23rd & East Union neighborhood have been afforded an equal opportunity for property acquisition and ownership. They have been denied a "seat at the table" and are being systematically segregated out of Seattle and its wealth through ownership. The May 2017 sale of the MidTown Center is yet another example of segregation and perpetual inequality. The value and benefits from that sale must be examined and reallocated to the African American community.

Two notable Martin Luther King, Jr. quotes:

*"Injustice anywhere is a threat to justice everywhere."* And,

*"Our lives begin to end the day we become silent about things that matter."*

It is the invisible, untouchable legal profession that fosters the continued segregation articulated by Governor George Wallace more than 65 years ago. Defendants have violated the spirit and intent of the Declaration of Independence that all are created equal and have sidestepped the Rules of Professional Conduct. Specifically, the following actions will be proven through further discovery: (1) conflicts of interest; (2) abuse of process; (3) fraud on the court; (4) obstruction of Plaintiff's due process rights; (5) discovery abuse; (6) collusion and economic coercion; (7) complicit segregation; and (8) those additional violations as discovered and brought to the court's attention