# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS F. BANGASSER, an individual, and derivatively on behalf of Nominal Defendants MIDTOWN LIMITED PARTNERSHIP and MIDTOWN COMMUNITY LAND TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HUGH FREDERICK BANGASSER, *et al.*,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C19-66RAJ |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

For the reasons set forth in the Court's order of June 28, 2019, Judgment is entered in favor of Defendants Hugh Frederick Bangasser, K&L Gates LLP, Stephen John Sirianni, Ann E. Merryfield, Chris Robert Youtz, Sirianni Youtz Spoonemore Hamburger, Richard E. Spoonemore, Davis Wright Tremaine LLP, and Gregory Franklin Adams, against Plaintiff Thomas F. Bangasser.

DATED this 1st day of July, 2019.

                                            WILLIAM M. McCOOL,
                                            Clerk of the Court

                                            By:   */s/ Victoria Ericksen*
                                                     Deputy Clerk